No. 90–7292.   CUMBER *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 90–7330.   BROWN ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–7333.   THAKKAR *v.* DEBEVOISE.   C. A. 3d Cir.   Certiorari denied.

No. 90–7349.   SCOTT *v.* FRANK, POSTMASTER GENERAL. C. A. 8th Cir.   Certiorari denied.

No. 90–7355.   ZERVAS *v.* RICE, SECRETARY OF THE AIR FORCE.   C. A. D. C. Cir.   Certiorari denied.

No. 90–7361.   HARRISON *v.* BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–7376.   MIERES-BORGES *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–7380.   DIGREGORIO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–7390.   MYERS *v.* JOHNSON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–7401.   FRYE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–7406.   ANDERSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7412.   CATCHINGS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7415.   CURTIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7417.   NG WAH *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.